# United States District Court

WESTERN DISTRICT OF WASHINGTON

REBECCA LOBECK *f/k/a*,
HEMMINGWAY

      JUDGMENT IN A CIVIL CASE

   v.

MICHAEL J. ASTRUE, Commissioner
Social Security

      CASE NUMBER: C04-5114RJB

 ☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED

   That counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $26,025.25 less the attorney's fees approved by the Social Security Administration pursuant to 42 U.S.C. § 406(a) in the sum of $13,375.00 for a net award of attorney's fees pursuant to 42 U.S.C. § 406(b) in the sum of $12,650.25.


|   October 15, 2009   |   BRUCE RIFKIN   |
|---|---|
| Date | Clerk |

                     *s/CM Gonzalez*
                     Deputy Clerk